**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-00673-REB-PAC

AMY L. CURRAN,

    Plaintiff,

v.

BAY INDUSTRIES, d/b/a AMI FIREPLACE COMPANY, INC.,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

**Blackburn, J.**

On April 11, 2006, the parties filed a **Stipulated Motion for Dismissal** [#71]. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion for Dismissal** [#71], filed on April 11, 2006, **IS GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 11, 2006, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                  s/ Robert E. Blackburn
                                                  **Robert E. Blackburn
                                                  United States District Judge**